# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**284**

**CA 12-02010**

PRESENT: SMITH, J.P., FAHEY, LINDLEY, SCONIERS, AND VALENTINO, JJ.

---

LINDA J. CASH, AS ADMINISTRATRIX OF THE ESTATE
OF PENNY C. RIETHMILLER, DECEASED,
PLAINTIFF-RESPONDENT,

V                                    MEMORANDUM AND ORDER

CHARLES R. HILL, DEFENDANT-APPELLANT,
ET AL., DEFENDANTS.
(APPEAL NO. 2.)

---

HAGELIN KENT LLC, BUFFALO (BRENT C. SEYMOUR OF COUNSEL), FOR
DEFENDANT-APPELLANT.

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL),
FOR PLAINTIFF-RESPONDENT.

--------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Cattaraugus County
(Michael L. Nenno, A.J.), entered April 5, 2012.  The order denied the
motion of defendant Charles R. Hill for summary judgment.

It is hereby ORDERED that the order so appealed from is
unanimously reversed on the law without costs, the motion of defendant
Charles R. Hill is granted and the complaint is dismissed against him.

Same Memorandum as in *Hill v Cash* ([appeal No. 1] ___ AD3d ___
[May 2, 2014]).

Entered:  May 2, 2014                          Frances E. Cafarell
                                               Clerk of the Court